# IN THE SUPREME COURT OF TEXAS

## Misc. Docket No. 21-9052

### TRANSFER OF CASE
### FROM THE FOURTEENTH COURT OF APPEALS
### TO THE FIFTH COURT OF APPEALS

Pursuant to Tex. Gov't Code § 73.001, the following case is hereby transferred from the Court of Appeals for the Fourteenth District, Houston, Texas, to the Court of Appeals for the Fifth District, Dallas, Texas:

Case No. 14-21-00234-CV
*In re David Mu*

The Fourteenth Court of Appeals will make the necessary orders for the transfer of the case directed hereby and will cause the Clerk of that Court to transfer or transmit all filings in the case, and verify all orders made, to the Fifth Court of Appeals. Upon completion of the transfer, the Fourteenth Court of Appeals shall provide notice of the transfer to the Supreme Court and the State Office of Court Administration.

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this 6th day of May, 2021.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS